IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DENNIS EDWARD ALEXANDER, SR., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:17cv573-MHT (WO) |
| MICHAEL STRICKLAND, Warden, | ) ) ) | |
| Defendant. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a former state prisoner, filed this lawsuit complaining about actions which occurred during his incarceration regarding receipt of his inmate account information. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed because he has not provided his address to the court since his release from prison. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of November, 2017.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**